IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BILLY R. MERCER, JR., )<br>  )<br>   Petitioner, )<br>  )<br>v.  )<br>  )<br>UNITED STATES OF AMERICA, )<br>  )<br>   Respondent. ) | CIVIL ACTION NO.<br>2:09cv490-MHT |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The petitioner's objections (Doc. No. 20) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 17) is adopted.

(3) The 28 U.S.C. § 2255 petition for writ of habeas corpus (Doc. No. 1) is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 29th day of September, 2011.**

   **/s/ Myron H. Thompson**
   **UNITED STATES DISTRICT JUDGE**